ALBERTHA FLETCHER
V
THE BANK MELLON
FKA THE BANK OF NEW YORK
TRUSTEE FOR THE CERTIFICATE HOLDER
OF THE CWABS INC.,
ASSET BACKED CERTIFICA, SERIES 2006-19

## NOTICE OF REMOVAL

The Plaintiff Albertha Fletcher wishes to remove the Case filed in Superior Court to the Federal Court, as this is a Federal Case that has already been decided.

*[signature]*
105 Garfield Avenue
New London Ct 06320